# OSBORN LAW P.C.

Daniel A. Osborn, Esq.                                                                          dosborn@osbornlawpc.com
Lindsay M. Trust, Esq.                                                                          ltrust@osbornlawpc.com

> APPLICATION GRANTED.  The Court understands that the proposed revised schedule is the result of the parties' "good faith effort to agree upon a reasonable and comprehensive schedule for all future filings in the case," as contemplated by the Court's Standing Order, which has been issued in this case (ECF No. 4). The parties are hereby reminded that, in accordance with the Standing Order, no further extensions will be granted absent compelling circumstances.
>
> Dated: December 11, 2023
>
> SO ORDERED.
>
> *Andrew Krause*
>
> ANDREW E. KRAUSE
> United States Magistrate Judge

**VIA ECF**

Honorable Andrew E. Krause
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

        Re:    *Bishop v. Commissioner of Social Security*
                 Civil Action No. 7:23-cv-08098-AEK

Dear Judge Krause,

      We write on behalf of our client, Anthony Bishop, with the consent of the defense, to request additional time to file his motion for judgment on the pleadings which is currently due on December 14, 2023 per the Court's September 14, 2023 Standing Order. This is the parties' first request for an extension. Plaintiff's counsel is requesting this relief due to religious holidays and currently having 10 Social Security briefs scheduled within the next two weeks.

      After conferring with the defendant, the parties have agreed to proceed according to the following amended scheduling order, subject to the Court's approval:

- Plaintiff to file his motion for judgment on the pleadings on or before: **March 13, 2024;**

- Defendant to file its response to plaintiff's motion/cross motion on or before: **June 11, 2024**; and

- Plaintiff to file his reply, if any, on or before:  **June 25, 2024.**

Honorable Andrew E. Krause
December 11, 2023
Page Two

    Thank you for your consideration of this request.

                                          Respectfully submitted,

                                          s/Daniel A. Osborn
                                          Daniel A. Osborn
                                          OSBORN LAW, P.C.
                                          43 West 43rd Street, Suite 131
                                          New York, New York 10036
                                          Telephone:   212-725-9800
                                          Facsimile:    212-500-5115
                                          dosborn@osbornlawpc.com

cc: Candace Marie Brown Casey, Esq. (by ECF)